IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHARLIE L. JACKSON | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 5:06cv39 |
| | | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the 42 U.S.C. § 1383(c)(3) claims against Defendant Commissioner, Social Security Administration in this action are **REVERSED** and **REMANDED** for further consideration.

SIGNED this 28th day of September, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE